United States Bankruptcy Court
Southern District of Mississippi

In re:                                                              Case No. 18-03042-ee
Marcus T Johnson                                                    Chapter 7
        Debtor              **CERTIFICATE OF NOTICE**

District/off: 0538-3         User: twright              Page 1 of 2            Date Rcvd: Aug 10, 2018
                             Form ID: 309A              Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2018.
db             +Marcus T Johnson,    108 Sweet Gum Drive,    Jackson, MS 39212-9628
tr              Eileen N. Shaffer,    P.O. Box 1177,    Jackson, MS  39215-1177
4545125        +Client Services Inc.,    3451 Harry S. Trueman,    Saint Charles, MO 63301-9816
4545131       ++JACKSON AREA FEDERAL CREDIT UNION,    P O BOX 1403,    JACKSON MS 39215-1403
               (address filed with court: Jackson Area Federal,     5675 Highway 18 W,    Jackson, MS 39209)
4545135         MS Emerge Phy,    P.O. Box 975213,    Dallas, TX 75397-5213
4545133         Merit Health Center,    1850 Chadwick Dr.,    Jackson, MS 39204-3404
4545136        #Nationwide Ins.,    P.O. Box 6838,    Cleveland, OH 44101-1838
4545138        +Northland Group Inc.,    P.O. Box 390846,    Minneapolis, MN 55439-0846
4545141         Professional Acct. Ser.,    P.O. Box 188,    Brentwood, TN 37024-0188
4545145         Univ Med Center,    P.O. Box 3349,    Jackson, MS 39207-3349

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: wrh@hoodbolen.com Aug 10 2018 20:24:02     William Ryan Hood,    Hood & Bolen, PLLC,
                 Attorneys at Law,   3770 Hwy. 80 West,    Jackson, MS  39209
ust            +E-mail/Text: ustpregion05.ja.ecf@usdoj.gov Aug 10 2018 20:24:23      United States Trustee,
                 501 East Court Street,   Suite 6-430,    Jackson, MS 39201-5022
4545121         EDI: ARSN.COM Aug 11 2018 00:13:00      ARS National Services,    P.O. Box 469046,
                 Escondido, CA 92046-9046
4545120        +E-mail/Text: bankruptcy@arserv.com Aug 10 2018 20:24:09     Armstrong & Associates,
                 P.O. Box 1787,   Mobile, AL 36633-1787
4545122        +E-mail/Text: znotice@bankplus.net Aug 10 2018 20:24:42     Bank Plus,   385A Highland Colony,
                 Parkway,   Ridgeland, MS 39157-6040
4545123        +EDI: CAPITALONE.COM Aug 11 2018 00:13:00      Capital One,   Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
4545124        +EDI: CHASE.COM Aug 11 2018 00:13:00      Chase Card Services,   Correspondence Dept,
                 Po Box 15298,   Wilmington, DE 19850-5298
4545126        +EDI: CCS.COM Aug 11 2018 00:13:00      Credit Collection Services,   Attn: Bankruptcy,
                 725 Canton St,    Norwood, MA 02062-2679
4545127        +EDI: RCSFNBMARIN.COM Aug 11 2018 00:13:00      Credit One Bank,   Attn: Bankruptcy,
                 Po Box 98873,   Las Vegas, NV 89193-8873
4545128        +EDI: ECMC.COM Aug 11 2018 00:13:00      ECMC,   P.O. Box 64909,   Saint Paul, MN 55164-0909
4545130         E-mail/Text: bankruptcy@gi.md Aug 10 2018 20:25:14     GI Associates End,    P.O. Box 22668,
                 Jackson, MS 39225-2668
4545129         E-mail/Text: bankruptcy@gi.md Aug 10 2018 20:25:14     Gastrointestinal Ass.,    P.O. Box 23455,
                 Jackson, MS 39225-3455
4545134        +EDI: MID8.COM Aug 11 2018 00:13:00      Midland Funding,   2365 Northside Dr Ste 300,
                 San Diego, CA 92108-2709
4545137        +E-mail/Text: electronicbkydocs@nelnet.net Aug 10 2018 20:24:32     Nelnet,    Attn: Claims,
                 Po Box 82505,   Lincoln, NE 68501-2505
4545139        +EDI: AGFINANCE.COM Aug 11 2018 00:13:00      One MainFinancial,   300 St. Paul Place,
                 Flood BSPO8D,   Baltimore, MD 21202-2120
4545140        +EDI: AGFINANCE.COM Aug 11 2018 00:13:00      OneMain Financial,   Attn: Bankruptcy,
                 601 Nw 2nd Street,   Evansville, IN 47708-1013
4545142        +EDI: RMSC.COM Aug 11 2018 00:13:00      Syncb/Reeds Jewelers,   C/o Po Box 965036,
                 Orland, FL 32896-0001
4545143         EDI: TFSR.COM Aug 11 2018 00:13:00      Toyota Financial Services,   Attn: Bankruptcy,
                 Po Box 8026,   Cedar Rapids, IA 52409
4545144        +E-mail/Text: cindy.eldridge@usdoj.gov Aug 10 2018 20:24:38     U.S. Attorney Office,    ECMC,
                 501E.Court St Ste4.430,   Jackson, MS 39201-5022
                                                                                               TOTAL: 19

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4545132       ##+Jeptha F. Barbour,    441C Northpark Dr.,   Ridgeland, MS 39157-5136
                                                                                              TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0538-3          User: twright              Page 2 of 2              Date Rcvd: Aug 10, 2018
                              Form ID: 309A              Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2018 at the address(es) listed below:
              Eileen N. Shaffer    eshaffer@eshaffer-law.com, ms04@ecfcbis.com
              United States Trustee    USTPRegion05.JA.ECF@usdoj.gov
              William Ryan Hood    on behalf of Debtor Marcus T Johnson wrh@hoodbolen.com,
               rmb@hoodbolen.com;r45827@notify.bestcase.com
                                                                                        TOTAL: 3

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline
## United States Bankruptcy Court Southern District of Mississippi

*Information to identify the case:*

| | | |
|---|---|---|
| Debtor 1 | **Marcus T Johnson** | Social Security number or ITIN  **xxx–xx–3576** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the Southern District of Mississippi | | |
| Case number:  **18–03042–ee** | | Date case filed for chapter  **7**    **8/8/18** |

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Cell Phones and other electronic devices are generally not allowed in the courthouses of this District. For more information visit www.mssb.uscourts.gov.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Marcus T Johnson | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 108 Sweet Gum Drive<br>Jackson, MS 39212 | |
| 4. | **Debtor's attorney**<br>Name and address | William Ryan Hood<br>Hood & Bolen, PLLC<br>Attorneys at Law<br>3770 Hwy. 80 West<br>Jackson, MS 39209 | Contact phone 601–540–5647 |
| 5. | **Bankruptcy trustee**<br>Name and address | Eileen N. Shaffer<br>P.O. Box 1177<br>Jackson, MS 39215–1177 | Contact phone 601–969–3006 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline (12/15)**    page **1**

| Debtor **Marcus T Johnson** | | Case number **18–03042–ee** |
|---|---|---|
| **6.** **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 501 East Court Street, Suite 2.300<br>P.O. Box 2448<br>Jackson, MS 39225–2448 | **Office Hours:**<br>**Monday – Friday 8:00 AM – 5:00 PM**<br><br>**Contact phone 601–608–4600**<br><br>**Date: 8/10/18** |
| **7.** **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.<br><br>Debtors must provide original picture identification and proof of social security number to the trustee at the meeting. | **September 28, 2018 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**501 East Court Street, Suite 1.452, Jackson, MS 39201** |
| **8.** **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/27/18** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline (12/15)**    page **2**